Case 2:19-cv-00178   Document 13   Filed on 11/21/19 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
November 21, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| BENJAMIN VASQUEZ, § | |
| § | |
| Petitioner, § | |
| VS. § | CIVIL ACTION NO. 2:19-CV-00178 |
| § | |
| NFN WARDEN - FCI THREE RIVERS, § | |
| § | |
| Respondent. § | |

## **MEMORANDUM AND RECOMMENDATION**

Petitioner Benjamin Vasquez has filed this *pro se* petition under 28 U.S.C. § 2241. In a Notice of Deficient Pleading mailed on June 25, 2019, Vasquez was notified that he must submit either the $5 filing fee or an application to proceed *in forma pauperis* and trust fund account statement (or institutional equivalent). (D.E. 8). Vasquez was warned that failure to comply with the Notice of Deficient Pleading in a timely manner may result in his case being dismissed for want of prosecution.

Having received no response from Vasquez, the undersigned issued an order to show cause on October 10, 2019, ordering him to show cause within 30 days why his lawsuit should not be dismissed for want of prosecution. (D.E. 10 at 1). Vasquez was warned that failure to comply with the order would result in the dismissal of his lawsuit under Federal Rule of Civil Procedure 41. (*Id.*).

The order was sent to Vasquez's last known address twice and returned as undeliverable twice. (D.E. 11, 12). The Bureau of Prisons's online inmate locater indicates that Vasquez was released on July 5, 2019. Thus, it appears that Vasquez has

been released from prison and, regardless, he has not responded to the order to show cause.

Under Rule 41(b), a district court may dismiss an action *sua sponte* if the plaintiff fails to comply with a court order. *Nottingham v. Warden, Bill Clements Unit*, 837 F.3d 438, 440 (5th Cir. 2016); Fed. R. Civ. P. 41(b). Accordingly, it is recommended that the petition be dismissed without prejudice for want of prosecution under Fed. R. Civ. P. 41(b).

Respectfully submitted this 21st day of November, 2019.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within FOURTEEN (14) DAYS after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1), General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within FOURTEEN (14) DAYS after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (*en banc*).